RECEIVED

JUL 23 2019

AT 8:30_____M
WILLIAM T. WALSH, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

EUGENE LEWANDOWSKI       :
                         :
         Plaintiff,      :
                         :
    v.                   :   Case No. _____
                         :
BUREAU OF PRISONS,       :   Verified Complaint By Prisoner
                         :
         Defendant.      :   (Jury Trial Requested)

## A. JURISDICTION

1) Jurisdiction of this Court, over the Bureau of Prisons is invoked pursuant to 5 U.S.C. 706 et. seg.

## B. PARTIES

2) Plaintiff, Eugene Lewandowski, at all relevant times is confined by the Bureau of Prisons at FCI Fairton, Fairton, N.J.

3) Defendant, Bureau of Prisons, at all relevant times is the Agency in charge at FCI Fairton, Fairton, N.J.

## C. PREVIOUS LAWSUITS

4) None.

## D. FACTUAL STATEMENT

5) Plaintiff, Eugene Lewandowski, has been denied access to the Electronic Messaging System which allows inmates to communicate with family, friends, and legal counsel.

6) Plaintiff has attempted to have email access through the Administrative Process, but was turned down due to a threat to the safety and security of the facility.

7) Plaintiff feels the bias from the administration (who have no specific sex offender training, or qualifications that should entitle them to disqualify an inmate from the Electronic Messaging program).

8) There is no justification that warrants staff to keep Plaintiff from using this service, and as the Bureau of Prisons policy statement clearly states, the encouragement for inmates to keep in contact with family as it helps with stress and rehabilitation manageable.

## E. CAUSE OF ACTION

Count I

9) Defendant, Bureau of Prisons, arbitrarily denied Plaintiff access to Electronic Messaging by ruling that Plaintiff was not eligible for this program.

## F. ADMINISTRATIVE REMEDY

10) On December 31, 2018, Plaintiff filed a BP 8 Administrative Remedy.

On January 8, 2019, Defendant filed a written response.

11) On January 16, 2019, Plaintiff filed an appeal BP 9.

On February 15, 2019, Defendant filed a response.

## G. RELIEF REQUESTED

12) Declare that the Bureau of Prisons actions of denying Electronic Messaging was arbitrary and capricious.

13) Order the Bureau of Prisons denial be reversed and to give access to the Electronic Messaging service.

14) Order that Plaintiff be allowed to email his mother and other family members, that are already approved on his visitation list, which is a very strict and enforced vetting process.

15) Hold unlawful and set aside agency action, findings, and conclusions found to be:

(A) Arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law.

## H. VERIFICATION

16) I, Eugene Lewandowski, Plaintiff, verify that the facts stated in this complaint are true and correct to my knowledge and that any facts stated on information and belief are true to the best of my knowledge and belief.


Eugene Lewandowski

Date: 16 JUL 19


NOTARY PUBLIC


Submitted on this 16th day of July, 2019.


Eugene Lewandowski
Reg. No. 39369-037
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320


WENDY L MORAN
Notary Public, State of New Jersey
My Commission Expires
July 16, 2021